**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                 Case No. 16 B 10543

      Robert Stanley Baggett
      Kim Marie Baggett
          Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/28/2016.

2) The plan was confirmed on 05/23/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/05/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Completed on 06/04/2018.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $34,538.38.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $50,792.78 | |
| Less amount refunded to debtor | $3,269.83 | |
| **NET RECEIPTS:** | | **$47,522.95** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,064.41 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,064.41** |

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Abri Credit Union | Unsecured | 11,976.05 | 12,534.12 | 12,534.12 | 3,347.49 | 0.00 |
| Ambit Energy | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 275.00 | 275.10 | 275.10 | 73.47 | 0.00 |
| AT T | Unsecured | 709.00 | NA | NA | 0.00 | 0.00 |
| AT T U-Verse | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,800.00 | 1,793.40 | 1,793.40 | 478.96 | 0.00 |
| City of Chicago Heights | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| Consultants in Pathology | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| Cook County Clerk | Secured | 5,192.00 | 0.00 | 5,192.00 | 5,192.00 | 1,775.94 |
| Cook County Health & Hospitals | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 6,384.00 | 0.00 | 6,384.00 | 6,384.00 | 2,183.88 |
| Credit ONE BANK NA | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| Credit Union 1 | Unsecured | 200.00 | 151.44 | 151.44 | 40.45 | 0.00 |
| Directv | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| DISH Network | Unsecured | 1,043.00 | NA | NA | 0.00 | 0.00 |
| EMP of Cook County, LLC | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 8,118.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 2,871.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 860.00 | 1,144.40 | 1,144.40 | 305.63 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 356.00 | 200.00 | 200.00 | 53.41 | 0.00 |
| Internal Revenue Service | Unsecured | 1,323.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 998.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Laboratory Corp. of America | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 609.00 | 609.94 | 609.94 | 162.90 | 0.00 |
| MRSI | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nicor Gas | Unsecured | 0.00 | 2,078.85 | 2,078.85 | 555.20 | 0.00 |
| Penn Credit Corporation | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| Porania LLC | Unsecured | 883.00 | 1,077.22 | 1,077.22 | 287.69 | 0.00 |
| Prairie Trail Credit U | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Prairie Trail Credit U | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance Corp | Secured | 15,249.00 | 15,281.75 | 15,249.00 | 15,249.00 | 1,421.25 |
| Regional Acceptance Corp | Unsecured | NA | 32.75 | 32.75 | 8.75 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 649.76 | 649.76 | 173.53 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,604.00 | 2,603.72 | 2,603.72 | 695.38 | 0.00 |
| Southwest Laboratory Phys. | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 2,544.00 | NA | NA | 0.00 | 0.00 |
| Suburban E-Z Premium | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 1,198.24 | 1,198.24 | 320.01 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 324.00 | 553.00 | 553.00 | 147.69 | 0.00 |
| United States Dept Of Education | Unsecured | 9,596.00 | 9,742.41 | 9,742.41 | 2,601.91 | 0.00 |
| US Bank | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| Vip Loans | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,249.00 | $15,249.00 | $1,421.25 |
| All Other Secured | $11,576.00 | $11,576.00 | $3,959.82 |
| **TOTAL SECURED:** | **$26,825.00** | **$26,825.00** | **$5,381.07** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$34,644.35** | **$9,252.47** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $6,064.41 |
| Disbursements to Creditors | $41,458.54 |
| **TOTAL DISBURSEMENTS :** | **$47,522.95** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/22/2018                                    By: /s/ Marilyn O. Marshall
                                                                    Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**